EAA

**RECEIVED**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JUL 2 5 2016 DC
7-25-16
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

WILLIE L. JACKSON

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Cook County Jail

16-cv-7568
Judge Matthew F. Kennelly
Magistrate Judge Jeffrey T. Gilbert
PC9

(Enter above the full name of ALL
defendants in this action. <u>Do not
use "et al."</u>)

**CHECK ONE ONLY:**

✓     **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code** (state, county, or municipal defendants)

     **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code** (federal defendants)

     **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I. **Plaintiff(s):**

    A. Name: WiLLiE L. JACKSON

    B. List all aliases: _____

    C. Prisoner identification number: A-71298

    D. Place of present confinement: RobiNSoN CoRRECTioNaL CENTER

    E. Address: 13423 E. 1150th AVE. RobiNSoN, IL. 62454

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

    A. Defendant: _____

        Title: _____

        Place of Employment: _____

    B. Defendant: _____

        Title: _____

        Place of Employment: _____

    C. Defendant: _____

        Title: _____

        Place of Employment: _____

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

    A. Name of case and docket number: _____

    B. Approximate date of filing lawsuit: _____

    C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____

    D. List all defendants: _____

    E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____

    F. Name of judge to whom case was assigned: _____

    G. Basic claim made: _____

    H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____

    I. Approximate date of disposition: _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

IV. **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

Feb. 21, 2016 I was in the washroom geting ready to take a piss, and all of a sudden this inmate run in an attack me. He rush me to wrestle me to the floor and there was water on the floor from the toilet leaking. And the force from him falling on top of me, force me to fall backward and my elbow caught the force, my right elbow. There was and officer there watching us fighting and he did not try and stop it until more officer can. After that they took me to dispensary where the nurse, and she said I was ok. After that the officer took me to segregation as the days passed. I was telling the officer there that my elboy was hurting. And they did not pay me any attention after I was there nine days my elbow swollen and infection start dripping out of my elbow. I showed it to a sergeant and he immediately sent me to Cermack hospital and they kept me for about a week on in txing to treat me. But they could not help me. And then they

Revised 9/2007

sent me to Stro hospital where they put me on IV. With antibiotic for a while until they seen that that was not gone to work. And that when they dicided that they needed to operation and draw the infection that had set in my elbow. And repair the bone they put a cast on my elbow and arm. I am down here still trying to get treatment. I have pain every day from this injurie. The doctor down here telling me that I have permanent damnge to my right elbow. Also, I am having problem with officer sign the certificate in this booklet. I have sent the certificate page to State Vill. Adminstration for about a month, waiting on them to send me the singn certificate page back. And they have not. So, am going to send the paper work that I have. My trust fun balance sheet for the six month I was in the Cook County Jail and the rest of my time. I have been in Robinson Correction Center. Also the person that beat me up was a younger man then I. At the time I was one day from beening sixty two year or age.

Revised 9/2007

V.  **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I would Like To be Reward for my damage my pain and my Suffring. Also mental damage.

VI.  The plaintiff demands that the case be tried by a jury.  ☐ YES  ☑ NO

### CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 7-15 day of _____, 20 16

(Signature of plaintiff or plaintiffs)

Willie L. Jackson
(Print name)

A-71298
(I.D. Number)

Robinson Correction center
(Address)
13423 E. 1150Th Avenue
Robinson, IL 62454

6                                    Revised 9/2007